UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TONY TAYLOR,

    Plaintiff,

v.                                        Case No: 5:15-cv-358-Oc-30PRL

FNU BLEDSOE, FNU KROOK, FNU
KACKENMEISTER, FNU HARRIS and
JOHN AND OR JANE DOE,

    Defendants.

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court sua sponte. A review of the docket reveals that Plaintiff has failed to timely file an Amended Complaint pursuant to this Court's Order (Doc. 18) entered on March 31, 2016. Plaintiff was cautioned that failure to comply would result in dismissal of his complaint without further notice. (Doc. 18). Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of April, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record